**Dismissed and Memorandum Opinion filed October 22, 2019.**



In The

# Fourteenth Court of Appeals

### NO. 14-19-00763-CR

## TEVONDRE BERRY, Appellant

## V.

## THE STATE OF TEXAS, Appellee

### On Appeal from the 149th District Court
### Brazoria County, Texas
### Trial Court Cause No. 87852-CR

## MEMORANDUM OPINION

Appellant entered a guilty plea to possession of a prohibited substance or item in a correctional facility and assault of a public servant. In accordance with the terms of a plea bargain agreement with the State, the trial court sentenced appellant to confinement for six years in the Institutional Division of the Texas Department of Criminal Justice. We dismiss the appeal.

The trial court entered a certification of the defendant's right to appeal in which the court certified that this is a plea bargain case, and the defendant has no

right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The trial court's certification is included in the record on appeal. *See* Tex. R. App. P. 25.2(d). The record supports the trial court's certification. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005).

Accordingly, we dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Wise and Hassan.
Do Not Publish — Tex. R. App. P. 47.2(b)